# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SKULLCANDY, INC. v. CSR, plc

Appeal Nos. 14-1108, -1109

**Entry of Appearance**

Please enter my appearance (select one):
    ___Pro Se        X  As counsel for:    Skullcandy, Inc.
                                                                                   Name of party

I am, or the party I represent is (select one):
    ___Petitioner   ___Respondent   ___Amicus curiae   ___Cross Appellant

     X  Appellant   ___Appellee   ___Intervenor

As amicus curiae or intervenor, this party supports (select one):
    ___Petitioner or appellant   ___Respondent or appellee

My address and telephone are:
    Name:                 Brent P. Lorimer
    Law Firm:           WORKMAN NYDEGGER
    Address:            60 East South Temple, Suite 1000
    City, State and ZIP:  Salt Lake City, Utah 84111
    Telephone:       (801) 533-9800
    Fax #:               (801) 328-1707
    E-mail address:    blorimer@wnlaw.com

Statement to be completed by counsel only (select one):
     X  I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.
    ___I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  November 18, 1992

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
    ___Yes    X  No

___A courtroom accessible to the handicapped is required if oral argument is scheduled.


  December 3, 2013                                  /s/ Brent P. Lorimer
        Date                                           Signature of pro se or counsel

# CERTIFICATE OF SERVICE

I certify that on this 3rd day of December 2013, I caused the foregoing ENTRY OF APPEARANCE FOR BRENT P. LORIMER to be filed with the Clerk of the United States Court of Appeals for the Federal circuit via the CM/ECF system and served a copy on the parties listed below by the means indicated below:

GILBERT H. HENNESSEY
FISH & RICHARDSON
P.O. BOX 1022
Minneapolis, MN 55440-1022
Email: hennessey@fr.com
(Via Email and U.S. Mail)

DATED: December 3, 2013

*/s/ Brent P. Lorimer*
BRENT P. LORIMER