NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CSR, PLC,**
*Appellant,*

v.

**SKULLCANDY, INC.,**
*Cross-Appellant.*

---

2014-1108, -1109, -1138

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/001,305 and 95/001,369.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Skullcandy, Inc.'s unopposed motion to consolidate appeals 2014-1108 and 2014-1109 with appeal 2014-1138,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above. The appeals shall be argued as a single case.

    (2) CSR, PLC's opening brief is due within 45 days from the date of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26