# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CSR, plc v. SKULLCANDY, INC.

Appeal Nos. 14-1108, -1109, -1138

**Entry of Appearance**

Please enter my appearance (select one):
    \_\_\_Pro Se         **X** As counsel for:    Skullcandy, Inc.
                                                                                           Name of party

I am, or the party I represent is (select one):
    \_\_\_Petitioner   \_\_\_Respondent   \_\_\_Amicus curiae    **X** Cross Appellant

    \_\_\_Appellant   \_\_\_Appellee   \_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):
    \_\_\_Petitioner or appellant   \_\_\_Respondent or appellee

My address and telephone are:
    Name:                Michael J. Frodsham
    Law Firm:          WORKMAN NYDEGGER
    Address:           60 East South Temple, Suite 1000
    City, State and ZIP: Salt Lake City, Utah 84111
    Telephone:        (801) 533-9800
    Fax #:               (801) 328-1707
    E-mail address:    mfrodsham@wnlaw.com

Statement to be completed by counsel only (select one):
    \_\_\_I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
    **X** I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  December 5, 2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
    **X** Yes     \_\_\_No

\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.


   January 6, 2014                                           /s/ Michael J. Frodsham
          Date                                                 Signature of pro se or counsel

# CERTIFICATE OF SERVICE

I certify that on this 6th day of January 2014, I caused the foregoing ENTRY OF APPEARANCE FOR MICHAEL J. FRODSHAM to be filed with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system, which will accomplish service by e-mail on the following:

JEFFREY E. OSTROW
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Email: jostrow@stblaw.com

KERRY L. KONRAD
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Email: kkonrad@stblaw.com

GILBERT H. HENNESSEY
FISH & RICHARDSON
P.O. BOX 1022
Minneapolis, MN 55440-1022
Email: hennessey@fr.com

DATED: January 6, 2014

*/s/ Michael J. Frodsham*
MICHAEL J. FRODSHAM
WORKMAN NYDEGGER
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Fax: (801) 328-1707
Email: mfrodsham@wnlaw.com